# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Astellas US Holding, Inc.

                              Plaintiff,

v.                                                         Case No.: 1:17−cv−08220
                                                         Honorable Manish S. Shah

Beazley Insurance Company, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2020:

      MINUTE entry before the Honorable Manish S. Shah: The motion to withdraw as attorney [91] is granted. Jonathan Rowan Walton is terminated as counsel of record. The joint motion to dismiss [92] is granted. Starr Indemnity and Liability Company is terminated as a party to this matter. No appearance on 2/27/20 is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.