IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTELLAS US HOLDING, INC., and ASTELLAS PHARMA US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STARR INDEMNITY AND LIABILITY COMPANY, BEAZLEY INSURANCE COMPANY, INC., and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:17-cv-08220<br><br>Honorable Manish S. Shah |

**JOINT MOTION TO DISMISS ALL CLAIMS BETWEEN
PLAINTIFFS AND BEAZLEY INSURANCE COMPANY, INC.**

Astellas US Holding, Inc. and Astellas Pharma US, Inc. (together, "Astellas") and Beazley Insurance Company, Inc. ("Beazley"), through their undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss with prejudice all claims between and among them. In support thereof, the parties state as follows:

1. On January 29, 2020, Astellas and Beazley entered into a Settlement Agreement and Release (the "Agreement").

2. There are no unfulfilled settlement obligations under the Agreement.

3. The parties respectfully ask this Court to dismiss, with prejudice, all claims between them. This includes Astellas's breach of contract claim against Beazley as set out in the Second Amended Complaint (Doc. No. 77).

4. Each party agrees to bear its own attorneys' fees and costs.

5. The parties are not seeking to have the Court retain jurisdiction over any future obligations owed under the Agreement (if any).

6. Allowing this dismissal will not cause the remaining defendant to suffer any legal prejudice.

WHEREFORE, the parties respectfully request that this Court dismiss with prejudice all claims between and among Astellas and Beazley pursuant to Fed. R. Civ. P. 41(a)(2), and direct that all parties shall bear its own fees and costs.

Dated: February 27, 2020

Respectfully submitted,

/s/ Jeremy P. Cole
Jeremy P. Cole (Bar ID #6269551)
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601-1692
Phone: (312) 782-3939
Email: jpcole@jonesday.com

Mark J. Andreini (Pro hac vice)
JONES DAY
901 Lakeside Avenue, Northpoint
Cleveland, OH 44114
Phone: (216) 586-3939
Email: mjandreini@jonesday.com

Peter D. Laun (Pro hac vice)
JONES DAY
2727 N. Harwood St., Suite 500
Dallas, TX 75201
Phone: (214) 969-4530
Email: pdlaun@jonesday.com

*Counsel for Plaintiffs Astellas US Holding, Inc. and Astellas Pharma US, Inc.*

/s/ James K. Thurston
James K. Thurston
Daniel E. Tranen
Erik J. Tomberg
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603-5016
312.704.0550
james.thurston@wilsonelser.com
daniel.tranen@wilsonelser.com
erik.tomberg@wilsonelser.com

*Counsel for Beazley Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Melissa Saldana*
Melissa Saldana