## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Astellas US Holding, Inc.

                                  Plaintiff,

v.                                                    Case No.: 1:17−cv−08220
                                                      Honorable Manish S. Shah

Federal Insurance Company, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 3, 2020:

      MINUTE entry before the Honorable Manish S. Shah: The motion to dismiss [95] is granted. Plaintiff's claims against defendant Beazley Insurance Company, Inc. are dismissed with prejudice and Beazley Insurance Company, Inc. is terminated as a party to this case. No appearance on the motion is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.