# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASTELLAS US HOLDING, INC. and ASTELLAS PHARMA US, INC., Plaintiff, <br><br> v. <br><br> STARR INDEMNITY & LIABILITY COMPANY, BEAZLEY INSURANCE COMPANY, INC., and FEDERAL INSURANCE COMPANY, <br><br> Defendants. | Case No. 17-cv-08220 <br> Judge Franklin U. Valderrama |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s)
and against defendant(s)
in the amount of $11,226,027.37

which ☒ includes $1,226,027.37 pre–judgment interest.
☐ does not include pre–judgment interest.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion.

Date: 10/8/2021                                   Thomas G. Bruton, Clerk of Court

                                                  Kerwin Posley, Deputy Clerk